**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICIA PALMA, | Civil No. 12-2337 (NLH/KMW) |
| Plaintiff, | |
| v. | **ORDER** |
| HARLEYSVILLE LIFE INSURANCE COMPANY, | |
| Defendant. | |

**HILLMAN, District Judge:**

For the reasons expressed in the Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this  23rd  day of   December  , 2013, that Defendant Harleysville Life Insurance Company's motion [Doc. No. 11] for summary judgment shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that judgment is hereby entered in favor of Defendant on all of Plaintiff's claims; and it is further

**ORDERED** that the Clerk of the Court is directed to mark this matter as **CLOSED**.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.